**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-7172

---

KENNETH ADAMS,

Petitioner - Appellant,

versus

ATTORNEY GENERAL; BUREAU OF PRISONS,

Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, District Judge.  (CA-04-293)

---

Submitted:  October 20, 2004      Decided:  November 17, 2004

---

Before NIEMEYER, LUTTIG, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kenneth Adams, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Adams appeals the district court's order dismissing his 28 U.S.C. § 2241 (2000) petition without prejudice. The district court assessed a filing fee in accordance with 28 U.S.C. § 1914 (2000) and Evans v. Croom, 650 F.2d 521 (4th Cir. 1981), and dismissed the case without prejudice when Adams failed to comply with the fee order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Adams v. Attorney Gen., No. CA-04-293 (E.D. Va. July 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED